1  Law Offices of Bill LaTour
2  Bill LaTour [SBN: 169758]
       11332 Mountain View Ave., Suite C
3      Loma Linda, California 92354
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 RUDY GARCIA,                          )   No.  EDCV 07-1173 AJW
11                                        )
          Plaintiff,                      )   ORDER AWARDING EAJA FEES
12        v.                              )
13                                        )
14 MICHAEL J. ASTRUE,                     )
   COMMISSIONER OF SOCIAL                 )
15 SECURITY,                              )
16                                        )
          Defendant.                      )
17 _____)

18
          Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
          IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be
20
   awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount
21
   ONE THOUSAND EIGHT HUNDRED FIFTY DOLLARS and 00/cents ($1,850.00),
22
   as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced
23
   Stipulation.
24
          DATED:  10/28/2008
25
26
27        _____
28        HON. ANDREW J. WISTRICH
          UNITED STATES MAGISTRATE JUDGE

-1-